FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
__Eastern__ DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 1 4 2006
LORETTA G. WHYTE
CLERK

__Fouad K. Zeton # 443270__
(Enter above the full name of the plaintiff in this action.)

CIVIL ACTION NO. __06-2021__

VERSUS

__Ex.Rel State of Louisiana, Et Al__
__Orleans Parish Sheriff Office__
__Sheriff Marlon Guzman__
__Frm. Sheriff Hunter__
__Chief Rudy - City of New Orleans, State of Louisiana__
(Enter above the full name of the defendant or defendants in this action.)

SECTION __SECT. R  MAG 1__

COMPLAINT

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (✓)

Fee $350
Process
X Dktd
___ CtRmDep
___ Doc. No.

1

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
_Eastern_ DISTRICT OF LOUISIANA

Fouad K. Zefon # 443270                          CIVIL ACTION
(Enter above the full name of the
plaintiff in this action.)                       NO.

VERSUS                                           SECTION
Ex.Rel State of Louisiana, Et.AL
Orleans Parish Sheriff Office

(Enter above the full name of the
defendant or defendants in this
action.)

COMPLAINT

I.  Previous Lawsuits

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relating to your imprisonment?
        Yes ( )  No (✓)

1

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.  Parties to the previous lawsuit

        Plaintiffs

        Defendants

    2.  Court (if federal court, name of district court; if state court, name the parish.)

    3.  Docket Number

    4.  Name of judge to whom case was assigned

    5.  Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

    6.  Approximate date of filing lawsuit

    7.  Approximate date of disposition

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must also identify in which federal district or appellate court the action was brought.

II.  Place of Confinement: (wind #2) W.C.I.; 27268 Hwy 21 Angie, LA, 70426

    A.  Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B.   Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No (✓)   Incident was in O.P.P. Custody when exposed

C.   If your answer is YES:

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison.

2. As to each grievance complaint provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

D.   If your answer is NO, explain why you have not done so:

I was in the custody of O.P.P. when exposed to Contageous Disease (T.B.), which resulted in the death of (6) persons and infected more than (20) inmates including myself

III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, in any.)

A.   Name of Plaintiff  Fouad K. Zeton

Address  W.C.I., 27268 Hwy. 21 Angie, LA. 70426 (wind #2)

Date of Birth  08/15/61

Prisoner Number  443270

Date of Arrest  07/23/04

Date of Conviction  05/09/05

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B.   Defendant  Marlon Guzman  is employed as  Sheriff  At  O.P.S.O./O.P.P.

C.   Additional Defendants: Sheriff Hunter (former), Chief Rudy, City of New Orleans, State of Louisiana

3

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I was placed within A-4 (O.P.P.) during the year of 2004, on or about the 24th day of July. With numerous other inmates who had been exposed to the contageous disease of (T.B.) Tuberculosis, and during the time housed in O.P.P. (4) inmates died and (2) sheriff's Deputies a total of (6) people from the disease.

I was also infected and had to take numerous Anti-Tuberculosis medications for a period of approx. 6 months to subdue my exposure

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Request the total sum of $ ~~[redacted]~~ in punitive damages for the deliberate exposure to a deadly air born disease and the re-embersment to the La. Dept. of Pub. Safety and corrections for the money spent upon the purchase of Anti-T.B. meds administered to me during my stay, and the added relief for the re-embersment of X-Ray's and any medical treatment I recieved pursuant to my exposure to T.B. while housed in D.O.C. To be paid by defendants Orleans Parish Sheriff office

VI.  Plaintiff's Declaration

1)  I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)  I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)  I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this _17_ day of _November_, 20_05_.

_____
(Signature of Plaintiff)