**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FOUAD K. ZETON                                      CIVIL ACTION

VERSUS                                              NO. 06-2021

STATE OF LOUISIANA, ET AL.                          SECTION "R"(1)

**ORDER**

The Court, having considered the complaint, the motion, the
applicable law, the Magistrate Judge's Report and Recommendation,
and the failure of plaintiff to file any objections to the
Magistrate Judge's Report and Recommendation, hereby approves the
Magistrate Judge's Report and Recommendation and adopts it as its
opinion herein.

Accordingly, IT IS ORDERED that plaintiff's suit is
DISMISSED for failure to prosecute.

New Orleans, Louisiana, this 3rd day of August, 2006.

                        _Sarah Vance_

                    SARAH S. VANCE
              UNITED STATES DISTRICT JUDGE